```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
                         FORT WORTH DIVISION
```

ALEXANDER MALAVE,                §
    Petitioner,              §
                                 §
VS.                              §  CIVIL ACTION NO.4:08-CV-683-Y
                                 §
REBECCA TAMEZ, Warden,           §
FMC-Fort Worth,                  §
    Respondent.              §

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Alexander Malave, along with the April 16, 2009, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until May 7 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be denied.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Alexander Malave's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED.

    SIGNED May 15, 2009.

                                                    TERRY R. MEANS
                                                    UNITED STATES DISTRICT JUDGE